IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara S. Tesi, a widow and unmarried, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ReconTrust, N.A., a California)<br>corporation; Bank of America, N.A., a)<br>foreign corporation doing business in the)<br>State of Arizona, )<br>)<br>Defendants. )<br>)<br>_____ ) | No. 12-00621-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Bernardo P. Velasco that recommends granting Defendant's Motion to Dismiss. (Doc. 17.) Plaintiff has not filed an objection to the Magistrate Judge's recommendation.

The Court reviews *de novo* the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998). Thus, the Court will review the Magistrate Judge's recommendation for clear error.

1    As thoroughly explained by Magistrate Judge Velasco, Plaintiff's claims for relief
2 have been firmly rejected by courts in Arizona.  Because amendment would be futile, the
3 Court agrees with the Magistrate Judge that Plaintiff's Complaint should be dismissed with
4 prejudice.

5    Accordingly, IT IS HEREBY ORDERED as follows:

6    (1) The Report and Recommendation (Doc. 17) is accepted and adopted.

7    (2) Defendants' Motion to Dismiss (Doc. 14) is granted.

8    (3) Plaintiff's Complaint is dismissed with prejudice.

9    (3) The Clerk of the Court shall enter judgment accordingly and close the file in this
10 matter.

11    Dated this 11th  day of June, 2013.

_____
Jennifer G. Zipps
United States District Judge